■ The People of the State of New York, Respondent, v Ralph Arlotta, Appellant. — Judgment of the Supreme Court, Queens County (Eiber, J.), rendered November 2, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Mangano and Brown, JJ., concur.